

AUG 3 1 2020

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of _____
_____ Division

Tammany Williams #02119966 ) Case No. 1686448
_____ )            (to be filled in by the Clerk's Office)
Plaintiff(s)                   )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
                               )
            -v-                )
                               )
Harris County Sheriff's office )
                               )
_____)
                               )
Defendant(s)                   )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ON Camera New Jail
All other names by which you have been known:
ID Number:
Current Institution: JPC
Address:
Houston    TX    77002
City (Harris)    State    Zip Code

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: ON Camera New Jail
Job or Title (if known):
Shield Number:
Employer:
Address:
Houston    TX    77002
City    State    Zip Code
☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name: ON Camera New Jail
Job or Title (if known):
Shield Number:
Employer:
Address:
Houston    TX    77002
City    State    Zip Code
☐ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: JPC officer on Camera
Job or Title (if known):
Shield Number:
Employer:
Address: Houston/Harris  TX  77002
City  State  Zip Code
[ ] Individual capacity  [ ] Official capacity

Defendant No. 4
Name: JPC officer on Camera
Job or Title (if known):
Shield Number:
Employer:
Address: Houston/Harris  TX  77002
City  State  Zip Code
[ ] Individual capacity  [ ] Official capacity

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Harassment / Retaliation / Assault on Inmate

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Acted Racist, like they don't like ME like my life don't Matter, ~~like~~ judgemental, Black vs Mexican plus Because ~~I~~ Don't Have family and Love ones

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. I can Do it Now or later take finger Prints

In A JPC Holding Cell I was told either

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

about 4 officers came in a Holding Cell and assaulted ME wait for My Claim Now

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

on 08/16/20 about 10 to 11ish

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All I Can Say is it's on JPC Camera in the Back Holding Cell I Had the Right to either Do my finger print now or later and I chose to wait later then all of a Sudden the Door open and I was Assaulted

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I still got scars now to prove my innocence

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want Emancipation, I want to eat, Drink, live free, and a better job coming from trump (I Hope to) And for the girls to respect Tammany Williams as well as God Harris County Sheriff's office.

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

JPC or New Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☒ Do not know

If yes, which claim(s)?

Still await

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

*Doing it now*

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

*Doing it now*

☐ Yes

☐ No

E. If you did file a grievance: *Doing it now*

1. Where did you file the grievance? *1200 Big Baker 3E/A*

2. What did you claim in your grievance? *Doing it now*

3. What was the result, if any? *ME writting A grievance*

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*N/A*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: They Beat ME UP and HID ME from population or HAD NO peN

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: It's on Camera from JPC to 1200 Big Baker

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. This Happend the Same way last year or Couple of Months ago Same Dude Same Mexican

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) It's by time to give ME Something Some type of Remedy or Freedom

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. Federal, they say I filed the same twice

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. *Couple of months ago*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* *Yes*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? *NO Sir*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case   *Vanessa Gilmore and David J. Bradley*

5. Approximate date of filing lawsuit   08/26/20

6. Is the case still pending?
   ☐ Yes
   ☑ No
   
   If no, give the approximate date of disposition   *Its on file Cant Remember June Something*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   *one was filed other was Dismissed but i Had to sign my Rights over*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/26/20

Signature of Plaintiff: *[signed]* Tammany Williams #02119966

Printed Name of Plaintiff: Tammany Williams

Prison Identification #: 02119966

Prison Address: 1200 Big Baker, Houston, TX 77002

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Tammany Williams
SPN: 02119866    Cell: 3E/A
Street: 1200 Big Baker
HOUSTON, TEXAS 77002

aramark

B*LM

INDIGENT

To Emancipate — to Set Free

FILED
AUG 31 2020
David J. Bradley, Clerk of Court

ZIP 77002
02 4W
0000368784  $001.60
U.S. POSTAGE >> PITNEY BOWES
AUG 28, 2020

Vanessa Gilmore
Clerk of Courts
P.O. Box 61010
Houston Tx 77208